FILED
CLERK, U.S. DISTRICT COURT

MAR 2 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GREGORY DWAYNE BROWN,      )   Case No. CV 08-01015 SVW (AN)
                           )
          Petitioner,      )
                           )
     v.                    )   ORDER APPROVING AND ADOPTING
                           )   REPORT AND RECOMMENDATION OF
V.M. ALMAGER,              )   UNITED STATES MAGISTRATE JUDGE
                           )
          Respondent.      )
                           )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*.  IT IS ORDERED that:

1.    The R&R is approved and adopted.

2.    Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

3.    All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: March 18, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE