UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY DWAYNE BROWN,<br>　　　　Petitioner,<br>　　v.<br>V.M. ALMAGER, Warden,<br>　　　　Respondent. | Case No. CV 08-01015 SVW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: March 18, 2009

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE